UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3739

In Re: Anderson

U. S. DISTRICT COURT - DE
MISC. CASE # 06-212

Pete C. Anderson, Petitioner

(Related to Delaware District No. 97-cv-00316)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*[signature]*

Marcia M. Waldron,
Clerk

For the Court,

*[signature]*

Clerk

Date: November 27, 2006

cc:
    Mr. Pete C. Anderson
    Loren C. Meyers, Esq.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV 30 AM 8: 40